DAVID H. KRAMER, State Bar No. 168452
BART E. VOLKMER, State Bar No. 223732
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com

*Attorneys for Non-party Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC., a Michigan corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SENDHERFLOWERS LLC, a California limited liability company, et al.,<br><br>    Defendants. | Case No. 11-mc-80152 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE CONCERNING THE COURT'S JULY 28, 2011 ORDER** |

# JOINT STIPULATION

WHEREAS, on June 29, 2011, Florists' Transworld Delivery, Inc. ("FTD") asserts that it served a motion to compel against non-party Google Inc. ("Google"), and such motion was filed on July 1, 2011.

WHEREAS, on July 28, 2011, the Court entered an order granting FTD's motion to compel as being unopposed.

WHEREAS, the parties agree that the July 28, 2011 Order should be held in abeyance while the parties complete substantive briefing on FTD's motion to compel.

WHEREAS, the parties have met and conferred and are attempting to work out the merits of the subpoena issue and counsel will promptly inform the Court if a resolution is reached.

WHEREAS, in the event the parties cannot resolve the entire issue, they have agreed to the following schedule for the briefing on FTD's motion to compel.

WHEREAS, the Court's Calendar Clerk has informed counsel that the Court has graciously agreed to the expedited briefing and hearing schedule set forth below:

IT IS HEREBY STIPULATED AND AGREED:

(1) Google shall file an opposition to FTD's motion to compel on August 12, 2011.

(2) FTD shall file a reply in support of its motion to compel on August 19, 2011.

(3) The Court shall hold a hearing on FTD's motion to compel on August 26, 2011.

(4) Google's Motions to Stay and to Shorten time filed August 3, 2011 are now resolved and moot and shall be taken off calendar.

/ / /
/ / /
/ / /

(5) The Court's July 28, 2011 Order shall be stayed until the Court issues an order on the merits of FTD's motion to compel ("Merits Order"). The Merits Order shall, except as otherwise provided by the Court, supersede the July 28, 2011 Order.

DATED: August 5, 2011

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
     David H. Kramer

*Attorneys for Non-party Google Inc.*

NEIL D. GREENSTEIN
TECHMARK

By: /s/ Neil D. Greenstein
     Neil D. Greenstein

*Attorneys for Plaintiff, Florists' Transworld Delivery, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/9/11

## ECF CERTIFICATION

I, David H. Kramer, am the ECF User whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER. I hereby attest that Neil D. Greenstein concurred in this filing.

DATED: August 5, 2011

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
     David H. Kramer

*Attorneys for Non-party Google Inc.*

# CERTIFICATE OF SERVICE

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE CONCERNING THE COURT'S JULY 28, 2011 ORDER**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| David Saykally<br>716 Figueroa Street<br>Folsom, CA 95630<br>Tel: (916) 985-4445<br>Facsimile: (916) 985-3557<br>Email:<br>dms@cpsoftwaregroup.com | In Pro Per |
| Timothy O'Connor<br>133 Court Street<br>Auburn, CA 95603<br>Tel: (530) 889-8090<br>Facsimile: (530) 889-8086<br>Email: ttoc@pacbell.net | Attorneys for Defendants,<br>SendHerFlowers, LLC, Computer<br>Power Software Group, Inc., and<br>SendHerFlowers.com, Inc. |

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

David Saykally
Email:   dms@cpsoftwaregroup.com
In Pro Per

Timothy O'Connor
Email:   ttoc@pacbell.net
Attorneys for Defendants, SendHerFlowers, LLC, Computer Power Software Group, Inc., and SendHerFlowers.com, Inc.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.  Executed at Palo Alto, California on August 5, 2011.

    */s/ Deborah Grubbs*
    Deborah Grubbs