DAVID H. KRAMER, State Bar No. 168452
BART E. VOLKMER, State Bar No. 223732
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com

*Attorneys for Non-party Google Inc.*

\*\*E-Filed 8/12/2011\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SENDHERFLOWERS LLC, a California limited liability company, et al.,<br><br>Defendants. | Case No. 11-mc-80152 JF<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE CONCERNING THE COURT'S JULY 28, 2011 ORDER** |

# JOINT STIPULATION

WHEREAS, on August 9, 2011, this Court set an expedited briefing and hearing schedule regarding FTD's motion to compel on a subpoena that FTD served on Google;

WHEREAS, in the course of their meet and confer the parties have made considerable progress toward the resolution of the motion and considerably narrowed the issues to be presented, and desire to extend the briefing schedule by three days to allow time for further discussion that may moot the motion altogether;

WHEREAS, in the event the parties cannot resolve the entire motion, they have agreed to and request the following schedule for further briefing and a hearing on FTD's motion to compel.

IT IS HEREBY STIPULATED AND AGREED:

(1) Google shall file an opposition to FTD's motion to compel on August 16, 2011.

(2) FTD shall file a reply in support of its motion to compel on August 23, 2011.

(3) The hearing on FTD's motion to compel scheduled on August 26, 2011 shall remain for resolution of any remaining disputes.

DATED: August 12, 2011

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
    David H. Kramer

*Attorneys for Non-party Google Inc.*

NEIL D. GREENSTEIN
TECHMARK

By: /s/ Neil D. Greenstein
    Neil D. Greenstein

*Attorneys for Plaintiff, Florists' Transworld Delivery, Inc.*

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 11-MC-80152 JF

-1-

1
2
3    IT IS SO ORDERED:
4
5    _____
     UNITED STATES DISTRICT JUDGE
6
7    DATED: 8/12/2011
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION AND [PROPOSED] ORDER       -2-
CASE NO. 11-MC-80152 JF

**ECF CERTIFICATION**

I, David H. Kramer, am the ECF User whose identification and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER.  I hereby attest that Neil D. Greenstein concurred in this filing.

DATED:  August 12, 2011              WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By: /s/ David H. Kramer
                                         David H. Kramer

                                     *Attorneys for Non-party Google Inc.*

# CERTIFICATE OF SERVICE

I, Deborah Grubbs, declare:

I am employed in Santa Clara County, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill Road, Palo Alto, California 94304-1050.

On this date, I served:

1. **SECOND JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE CONCERNING THE COURT'S JULY 28, 2011 ORDER**

☒ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the following person(s):

| | |
|---|---|
| David Saykally<br>716 Figueroa Street<br>Folsom, CA 95630<br>Tel: (916) 985-4445<br>Facsimile: (916) 985-3557<br>Email:<br>dms@cpsoftwaregroup.com | In Pro Per |
| Timothy O'Connor<br>133 Court Street<br>Auburn, CA 95603<br>Tel: (530) 889-8090<br>Facsimile: (530) 889-8086<br>Email: ttoc@pacbell.net | Attorneys for Defendants,<br>SendHerFlowers, LLC, Computer<br>Power Software Group, Inc., and<br>SendHerFlowers.com, Inc. |

☒ By forwarding the document(s) by electronic transmission on this date to the Internet email address listed below:

David Saykally
Email:   dms@cpsoftwaregroup.com
In Pro Per

Timothy O'Connor
Email:   ttoc@pacbell.net
Attorneys for Defendants, SendHerFlowers, LLC,
Computer Power Software Group, Inc., and
SendHerFlowers.com, Inc.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Palo Alto, California on August 12, 2011.

                /s/ Deborah Grubbs
                Deborah Grubbs