1   DAVID H. KRAMER, State Bar No. 168452
    BART E. VOLKMER, State Bar No. 223732
2   CAROLINE E. WILSON, State Bar No. 241031
    WILSON SONSINI GOODRICH & ROSATI
3   Professional Corporation
    650 Page Mill Road
4   Palo Alto, CA 94304-1050
    Telephone:  (650) 493-9300
5   Facsimile:  (650) 565-5100
    dkramer@wsgr.com
6
    *Attorneys for Non-party Google Inc.*
7

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12
    FLORISTS' TRANSWORLD DELIVERY,          )   Case No.  11-mc-80152 JF
13  INC., a Michigan corporation,           )
                                            )   **JOINT STIPULATION AND
14             Plaintiff,                    )   [PROPOSED] ORDER REGARDING
                                            )   FLORISTS' TRANSWORLD
15        v.                                 )   DELIVERY, INC.'S MOTION TO
                                            )   COMPEL**
16  SENDHERFLOWERS LLC, a California limited )
    liability company, et al.,              )
17                                          )
               Defendants.                  )
18                                          )
                                            )
19                                          )
                                            )
20

21

22

23

24

25

26

27

28

1

## JOINT STIPULATION

2       WHEREAS, on August 12, 2011, this Court set an expedited briefing and hearing

3   schedule regarding FTD's motion to compel on a subpoena that FTD served on Google;

4       WHEREAS, in the course of their meet and confer the parties have reached agreement

5   regarding satisfaction of FTD's subpoena and resolution of FTD's motion to compel;

6       WHEREAS, in light of the parties' agreement, and upon execution of the undertakings in

7   such agreement, FTD's motion to compel should be moot, and the parties have agreed to and

8   request the following.

9       / / /

10      / / /

11      / / /

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER          -1-
CASE NO. 11-MC-80152 JF

1

2

3   IT IS HEREBY STIPULATED AND AGREED:

4   (1)   FTD's motion to compel shall be taken off calendar and the hearing on that
          motion, currently scheduled for August 26, 2011, shall be vacated.

5

6   (2)   This matter shall remain open while the parties carry out their agreement
          regarding the satisfaction of FTD's subpoena. The parties shall provide a status
          report to the Court within sixty (60) days of the date of this stipulation.

7

8   DATED: August 16, 2011                   Respectfully submitted,

9                                            WILSON SONSINI GOODRICH & ROSATI

10                                           Professional Corporation

11

12                                           By: /s/ David H. Kramer
                                                 David H. Kramer

13                                           Attorneys for Non-party Google Inc.

14

15                                           NEIL D. GREENSTEIN
                                             TECHMARK

16                                           By: /s/ Neil D. Greenstein
                                                 Neil D. Greenstein

17

18                                           Attorneys for Plaintiff, Florists' Transworld
                                             Delivery, Inc.

19

20

21

22

23                                           IT IS SO ORDERED:

24

25

26                                           UNITED STATES DISTRICT JUDGE

27                                           DATED: August 19, 2011

28

JOINT STIPULATION AND [PROPOSED] ORDER          -2-
CASE NO. 11-MC-80152 JF