DAVID H. KRAMER, State Bar No. 168452
BART E. VOLKMER, State Bar No. 223732
CAROLINE E. WILSON, State Bar No. 241031
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
dkramer@wsgr.com

*Attorneys for Non-party Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC., a Michigan corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENDHERFLOWERS LLC, a California limited liability company, et al.,<br><br>　　　　Defendants. | Case No. 11-mc-80152 JF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING FLORISTS' TRANSWORLD DELIVERY, INC.'S MOTION TO COMPEL** |

## JOINT STIPULATION

WHEREAS, on August 12, 2011, this Court set an expedited briefing and hearing schedule regarding FTD's motion to compel on a subpoena that FTD served on Google;

WHEREAS, in the course of their meet and confer the parties have reached agreement regarding satisfaction of FTD's subpoena and resolution of FTD's motion to compel;

WHEREAS, in light of the parties' agreement, and upon execution of the undertakings in such agreement, FTD's motion to compel should be moot, and the parties have agreed to and request the following.

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED:

(1) FTD's motion to compel shall be taken off calendar and the hearing on that motion, currently scheduled for August 26, 2011, shall be vacated.

(2) This matter shall remain open while the parties carry out their agreement regarding the satisfaction of FTD's subpoena. The parties shall provide a status report to the Court within sixty (60) days of the date of this stipulation.

DATED: August 16, 2011

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ David H. Kramer
David H. Kramer

*Attorneys for Non-party Google Inc.*

NEIL D. GREENSTEIN
TECHMARK

By: /s/ Neil D. Greenstein
Neil D. Greenstein

*Attorneys for Plaintiff, Florists' Transworld Delivery, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 19, 2011