*E-FILED 11-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENDHERFLOWERS LLC; SENDHERFLOWERS.COM, INC.; COMPUTER POWER SOFTWARE GROUP, INC.; and DAVID SAYKALLY, <br><br> Defendants. | No. C11-80152MISC EJD (HRL) <br><br> **ORDER GRANTING REQUEST FOR PROTECTIVE ORDER AS TO DON HOTTON, DGH ASSOCIATES, INC., AND JORY'S FLOWERS** <br><br> **ORDER MODIFYING PRIOR PROTECTIVE ORDER AS TO ALL PARTIES AND NON-PARTIES** <br><br> [Re: Docket No. 22] |

Pursuant to stipulation, the court's prior Protective Order (Docket No. 18), entered as to Google, Inc., shall also have full force and effect as to the confidential information and trade secrets of third-parties Don Hotton, DGH Associates, Inc., and Jory's Flowers.

Additionally, all discovery matters having been referred to the undersigned, the prior Protective Order is modified as to <u>all</u> parties and non-parties as follows:

1. For a period of six months after final disposition of the litigation (as defined in Section 4: Duration), this court will retain jurisdiction to enforce the terms of the Protective Order; and

2. In the event of any confidentiality challenge, or any disclosure or discovery-related dispute, the parties and all affected non-parties shall comply with the undersigned's

Standing Order re Civil Discovery Disputes.

SO ORDERED.

Dated: November 18, 2011



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 5:11-mc-80152-EJD Notice has been electronically mailed to:

2 David H. Kramer    dkramer@wsgr.com, dgrubbs@wsgr.com

3 Neil D. Greenstein    ndg@techmark.com, cmp@techmark.com

4 Timothy Thomas O'Connor    ttoc@pacbell.net

5 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

**United States District Court**
For the Northern District of California