*E-FILED January 13, 2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORISTS' TRANSWORLD DELIVERY, INC., <br><br> Plaintiff, <br><br> v. <br><br> SENDHERFLOWERS LLC; SENDHERFLOWERS.COM, INC.; COMPUTER POWER SOFTWARE GROUP, INC.; and DAVID SAYKALLY, <br><br> Defendants. | No. C11-80152MISC EJD (HRL) <br><br> **ORDER SETTING TELEPHONIC HEARING RE DISCOVERY DISPUTE** |

This court received an "Emergency Motion" for relief filed by plaintiff Florists' Transworld Delivery (FTD) concerning a discovery dispute over the Bay Area location for the deposition of non-party Don Hotton. Specifically, the parties disagree whether Hotton's deposition should take place in San Jose (per FTD's subpoena) or in Walnut Creek or Oakland (per Hotton's request).

Frankly, this strikes the court as a dispute that the parties should have been able to resolve on their own. Nevertheless, because the parties apparently have not resolved their differences, this court will discuss the matter with FTD and Hotton in a telephone conference **today, January 13, 2012 at 3:00 p.m.** Counsel for FTD and Hotton shall initiate the call to the

1  court via CourtCall, 866-582-6878.

2  SO ORDERED.

3  Dated: January 13, 2012



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:11-mc-80152-EJD Notice has been electronically mailed to:

2  David H. Kramer     dkramer@wsgr.com, dgrubbs@wsgr.com

3  Neil D. Greenstein     ndg@techmark.com, cmp@techmark.com

4  Timothy Thomas O'Connor     ttoc@pacbell.net

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.